

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

December 1, 2015

PATRICK F. MCCAIN
ATTORNEY OF RECORD
909 TEXAS AVENUE #205
HOUSTON TX  77002

Defendant's Name:  WILLIAM MICHAEL MASON

Cause No:  0620074

Court:  228TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  11/19/15
**Sentence Imposed Date:**  11/19/15
**Court of Appeals Assignment:  Court of Criminal Appeals**
**Appeal Attorney of Record:  PATRICK F. MCCAIN**

Sincerely,

Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

LISA MILLS (DELIVERED VIA E-MAIL)

MATTIE KIMBLE (DELIVERED VIA E - MAIL)

This is your notice to inform any and all substitute reporters in this cause.

A
895

## CAUSE NO. 0620074

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 228th DISTRICT COURT |
| VS. | § | HARRIS COUNTY, TEXAS |
| WILLIAM MICHAEL MASON, | § | |
| | § | |

FILED IN
COURT OF CRIMINAL APPEALS

December 17, 2015

ABEL ACOSTA, CLERK

### ORDER AND NOTICE

The above named defendant was convicted of capital murder and sentenced to death on November 19, 2015. The Court finds that the defendant is indigent and desires to have counsel appointed for the purpose of a writ of habeas corpus under Art. 11.071, Texas Code of Criminal Procedure.

Therefore, the Court hereby appoints the Office of Capital and Forensic Writs as counsel for defendant to investigate the case, file appropriate motions and applications, and represent the defendant fully. Following the Motion for New Trial, trial counsel are relieved of their representation of Mr. Mason.

The District Clerk is hereby ordered to forward a copy of this Order and Notice to the Office of Capital and Forensic Writs and to the Court of Criminal Appeals. Appointed counsel's address is as follows:

Benjamin B. Wolff, Director
Office of Capital and Forensic Writs
Stephen F. Austin Building
1700 N. Congress Avenue, Suite 460
Austin, Texas 78701
512-463-8502 – Direct
512-463-8590 – Fax
Benjamin.Wolff@ocfw.texas.gov

So ordered this 7 day of December, 2015.

_____
The Honorable Judge Marc Carter
Presiding Judge, 228th District Court